**Order filed September 3, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00549-CV

_____

**ABDUL ZAVERI, Appellant**

V.

**FONDREN SOUTHWEST TEMPOS ASSOCIATION, INC., Appellee**

---

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-57726**

---

### O R D E R

The notice of appeal in this case was filed June 24, 2015. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **September 18, 2015.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM